# United States Court of Appeals
## For the First Circuit

No. 14-2198

RADCLIFFE DAVIS,

Petitioner,

v.

LORETTA E. LYNCH,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on September 21, 2015, is amended as follows:

On page 9, line 16, change "it" to "she"

On page 9, line 18, change "it" to "she"

On page 9, line 22, change "its" to "her"

On page 10, line 2, change "it" to "she"

On page 11, line 10, change "removable" to "removed"

On page 11, line 15, change "it" to "she"

On page 15, line 19, change "it" to "she"

On page 18, line 4, change "its" to "her"

On page 19, line 6, change "its" to "her"

On page 19, line 14, change "it" to "she"